# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

VICKI BURGE and DELORIS GRAY,
Individually and on Behalf of All
Others Similarly Situated                              **PLAINTIFFS**

v.                              No.  1:18-cv-34-DPM

NETWORK OF COMMUNITY
OPTIONS, INC.                                           **DEFENDANT**

## ORDER

The mother of one of the members of my staff works at Network of Community Options in Batesville.   My impartiality could therefore reasonably be questioned.  28 U.S.C. § 455(a).  I recuse.  The Clerk must reassign this case at random by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 May 2018